UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>THOMAS HANCOCK et al.,<br><br>Defendants. | Case No. 25-CR-241 (TJK) |

NOTICE OF APPEARANCE

The United States of America, by and through undersigned counsel, respectfully enters the appearance of Assistant United States Attorney John Parron as its counsel in the above-captioned case.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:   */s/ John Parron*
John Parron
PA Bar No. 324503 / N.Y. Bar No. 5808522
Assistant United States Attorney
United States Attorney's Office for the
District of Columbia
601 D Street NW
Washington, D.C. 20530
(202) 252-6885
John.Parron@usdoj.gov

Dated: September 8, 2025